**Electronically Filed
Supreme Court
SCWC-21-0000311
17-MAR-2025
12:35 PM
Dkt. 21 OGAC**

SCWC-21-0000311

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE ELAINE EMMA SHORT REVOCABLE
TRUST AGREEMENT DATED JULY 17, 1984, AS AMENDED

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000311; CASE NO. 1TR151000165)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners Kristin Linae Cook Kline, Larry Thomas Cook, Cathy Leann Cook Bornhorst, Susan Kay Cook Galvin, and Jodi Charlene Cook Bosben's Application for Writ of Certiorari, filed on January 21, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 17, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

